IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FOOT LOCKER, INC. FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION | : CIVIL ACTION : : : : NO. 11-MDL-2235 : No. 07-cv-2157 : : |

### ORDER

AND NOW, this 20th day of May, 2014, upon consideration of the Parties' Joint Motion to Stay Proceedings While the Parties Engage in Settlement Discussions (Case No. 11-mdl-2235, Doc. No. 40), it is hereby ORDERED that the Joint Motion is GRANTED. It is FURTHER ORDERED that:

    1. The above-captioned action is hereby STAYED through May 30, 2014, so that the parties may engage in further settlement discussions.

    2. The parties are DIRECTED to report back to this Court regarding the outcome of the settlement discussions on or before May 30, 2014.

    3. If the parties fail to reach an agreement in principle to settle this action on or before May 30, 2014, the parties will propose to either resume litigation or request the stay to remain in effect to permit additional time to continue settlement discussions.

BY THE COURT:

_____
J. CURTIS JOYNER, J.